UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Kathleen S. Simonds et al.

        v.                         Civil No. 11-cv-321-LM

R.H. Scales Co., Inc. et al.


ORDER STRIKING DOCUMENT IN ACCORDANCE WITH LOCAL RULE 5.2

DOCUMENT/FILER: #10, Disclosure Statement by R.H. Scales Co., Inc., filed by R.H. Scales Co., Inc.

DATE FILED: October 31, 2011

      Pursuant to Fed. R. Civ. P. 5(d)(1), disclosures under Rule 26(a)(1) or (2) must not be filed with the court until they are used in the proceeding or the court orders filing.

      It is herewith ordered that the document is stricken and removed from the docket.

SO ORDERED.

_____
Landya B. McCafferty
United States Magistrate Judge

November 1, 2011

cc: Jonathan S. Frizzell, Esq.
     Richard E. Heifetz, Esq.